IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **YVONNE TATE,** | ) |
|     **Plaintiff,** | ) |
|     v. | )   CIVIL ACTION NO. 5:13-CV-185 (MTT) |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
|     **Defendant.** | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 21). The Magistrate Judge recommends reversing the Commissioner of Social Security's decision to deny Plaintiff Yvonne Tate's application for benefits and remanding the case to the Commissioner for further proceedings. The Commissioner did not object to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Commissioner's decision is **REVERSED** and the Plaintiff's case is **REMANDED**.

**SO ORDERED,** this 11th day of August, 2014.

                                                S/ Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT